Cary Kletter (SBN 210230)
Rachel Hallam (SBN 306844)
KLETTER LAW
1900 S. Norfolk Street, Suite 350
San Mateo, CA 94403
T: 415.434.3400
E: ckletter@kletterlaw.com

Attorneys for SARA LANGLANDS

Hunter Pyle (SBN 191125)
Chad Saunders (SBN 257810)
HUNTER PYLE LAW
428 13th Street, 11th Floor
Oakland, CA 94612
T: (510) 444-4400
E: csaunders@hunterpylelaw.com

Attorneys for LEIGHLAND HOOKS

APPROVED
Judge Edward J. Davila
September, 13, 2020

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA LANGLANDS and LEIGHLAND HOOKS, individually, and on behalf of all other similarly situated persons,<br><br>Plaintiffs,<br>v.<br><br>LELAND STANFORD JUNIOR UNIVERSITY; and DOES 1 to 20, inclusive,<br><br>Defendants. | CASE NO. 5:19-cv-01828-EJD<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO REMAND** |

To: United States District Court – Northern District of California

      WHEREAS, the above-referenced matter contains allegations of unpaid overtime, PAGA violations, and meal and rest break violations arising solely out of California law;

WHEREAS, the above-referenced matter no longer contains allegations concerning a federal question;

WHEREAS, the Parties seek remand of the above-referenced matter;

WHEREAS, the Parties enter into this stipulation allowing for the remand of this case to Superior Court of California - County of Santa Clara.

IT IS SO STIPULATED. The Clerk shall close the file.

DATED: September 12, 2019     KLETTER LAW

By: /s/ R<small>ACHEL</small> H<small>ALLAM</small> _____
   Cary Kletter
   Rachel Hallam
   Attorneys for PLAINTIFF
   SARA LANGLANDS

DATED: September 12, 2019     HUNTER PYLE LAW

By: /s/ C<small>HAD</small> S<small>AUNDERS</small> _____
   Hunter Pyle
   Chad Saunders
   Attorneys for PLAINTIFF
   LEIGHLAND HOOKS

DATED: September 12, 2019     GORDON REES SCULLY MANSUKHANI, LLP

By: ____/S/ S<small>AT</small> S<small>ANG</small> S. K<small>HALSA</small>_____
   Mollie M. Burks
   Sat Sang S. Khalsa
   Attorneys for Defendant
   THE BOARD OF TRUSTEES OF THE
   LELAND STANFORD JUNIOR
   UNIVERSITY